Jack Rago, Plaintiff, v. Leon S. Sex, Defendant.

Gen. No. 43,808.

opinion
filed November 18, 1946; released for publication December 4, 1946. No appearance for appellant; Tom L. Yates and Donald M. Roche, for appellee; Yates, Roche & Grotefeld, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.